United States District Court
Southern District of Texas
**ENTERED**
December 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH BABINO,<br><br>          Plaintiff,<br><br>v.<br><br>HARRIS COUNTY,<br><br>          Defendant. | §<br>§<br>§<br>§<br>§    CIVIL ACTION NO. H-24-1870<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER REFERRING CASE FOR MEDIATION BEFORE MAGISTRATE JUDGE**

This matter is referred to Judge Peter Bray for a settlement conference on a date and time set by Judge Bray, no later than March 1, 2025.

SIGNED on December 13, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge