# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Joseph Babino

v.                                                        Case Number: 4:24–cv–01870

Harris County, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/18/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Initial Conference


Date:   January 12, 2025

                                                                    Nathan Ochsner, Clerk