# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
*Houston Division*

Joseph Babino  
        Plaintiff,  

v.  

Harris County  
        Defendant.  

Case Number: 4:24-cv-01870

## APPLICATION FOR WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ad testificandum, because the detainee is a witness not otherwise available by ordinary process of the Court.

Name of Detainee: Joseph Babino, TDCJ No. 02513337

Detained at (custodian): Texas Dept. of Criminal Justice, Ney Unit, 114 Private Road 4303 Hondo, TX 78861

Appearance is necessary at the Federal Courthouse in Houston, Texas on February 7, 2025 at 1:00 p.m. for the purpose of appearing in court ordered mediation.

Attorney Signature: *Tanika J. Solomon*  
Printed Name: Tanika J. Solomon  
Bar Number: 24057713  
Address: 2120 Welch Street  
        Houston, Texas 77010  
Phone Number: 713-640-595  
Fax: 713-640-5944  
E-mail: attorney@tjsololaw.com

NOTE: A proposed order is not required to be submitted with the application. To electronically file this document, use the Writ of Habeas Corpus ad testificandum event found in the Motions category. Whether filed in paper or electronically, an order will follow ruling on the application. If granted, the writ of habeas corpus ad testifandum will be issued.