UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Joseph Babino

v.                                                            Case Number: 4:24–cv–01870

Harris County, et al.

---

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/19/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   March 11, 2025

Nathan Ochsner, Clerk