Joseph Babino                                           5/18/25

United States Courts
Southern District of Texas
FILED
APR 28 2025
Nathan Ochsner, Clerk of Court

Civil Action No. H-24-1870

Greetings Mr. Nathan Ochsner first thank you for your emeidit response I also have a law suit that was in the United States District Court for the Southern District of Texas Houston Division RE: Cause No. 4:24-cv-01870; Joseph Babino v. Harris County in the Southern District of Texas, Houston Division, My attorney @ this law suit did'nt forfill her duties wrote me saying I have 30 days to appeal saying I must either proceed pro-se or find other counsel to assist me.

And she also said it was filed on the docket Entry March 13, 2025 well you know I'm wrongfully incarcerated and it took a few weeks for me to get the letter at mailroom now if I have 30 days from March 13, 2025 and I recieved the letter on the March 20 It's in possible to respond by dead line right in clarifying that I was hoping you Mr. Ochsner can hopefully assist me with an appeal on Civil Action No. H-24-1870 my attorney was Tanika J. Solomon who did'nt complete her duties Inaffective consel Please help I'm going to have

to report her to the Bar and also have her Law firm Audit then proceed as a pro-se also my nephew is and Attorney name Justin Babineaux you can look him up if will can assist me funds if needed sir once again I truly appreciate you very very much. Now this is based soully on my Law suit next I'm completing my 1983 form you sent me GOD Bless You I Thank you Mr. Babino.

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
25 APR 2025 PM 3 L

NAME Joseph Babino
TDCJ # 2513357
JOE ney Unit
114 Private Road 4303
Hondo, TX 78861-3872

Legal

Nathan Ochsner
UNITED States District Court
Southern District of Texas
P.O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED
APR 28 2025
Nathan Ochsner, Clerk of Court

77208-101010